UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN MILLER,<br><br>                            Plaintiff,<br><br>      -against-<br><br>THE CITY OF NEW YORK,<br><br>                            Defendant. | 21-CV-4162 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 9, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff at his address of record and note service on the docket.

SO ORDERED.

Dated:   June 9, 2021
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                            Chief United States District Judge